52

10/30/03

Denied, w/o prejudice to prompt renewal if negotiations are unsuccessful.

FILED 2003 OCT 30 P 4:56 US DISTRICT COURT BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASTERN AWNING SYSTEMS, INC., and STEPHEN LUKOS, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:01cv912 (GLG) MBS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HAROLD'S CANVAS AND AWNING, INC., TOFF INDUSTRIES, INC. and HAROLD TOFFEY, | : | FILED JAN 7 1:50 PM '03 |
| | : | |
| Defendants. | : | JANUARY 7, 2003 |

## MOTION FOR SANCTIONS

The plaintiffs, Eastern Awning Systems, Inc. and Stephen Lukos, respectfully move this Court, pursuant to Fed. R. Civ. P. 37(b) and D. Conn. L. Civ. R. 37(a), for an order imposing sanctions against the defendants because of their willful failure to comply with this Court's orders dated February 12, 2002, October 4, 2002 and December 4, 2002 and their willful failure to cooperate in discovery in this case.

In support of this motion and in accordance with D. Conn. L. Civ. R. 7(a) & 37(a)(3), plaintiffs respectfully direct this Court to the memorandum of law, filed herewith.

PLAINTIFFS,
EASTERN AWNING SYSTEMS, INC., and
STEPHEN LUKOS,

By _PM Fahey_
Charles L. Howard (ct05166)
Patrick M. Fahey (ct13862)
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone: (860) 251-5000
Facsimile: (860) 251-5699
Their Attorneys

**ORAL ARGUMENT NOT REQUESTED**