UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASTERN AWNING SYSTEMS, INC., et al. | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:01CV912 (GLG) |
| v. | : | |
| | : | |
| HAROLD'S CANVAS AND | : | |
| AWNINGS, INC., et al. | : | |
| Defendants | : | MARCH 26, 2004 |

### AFFIDAVIT OF HAROLD J. TOFFEY

The undersigned, being duly sworn, supposes and says:

1. I am over the age of eighteen (18) years and understand the meaning of an oath.

2. In the process of settlement negotiations that have ensued since a settlement conference held before Judge/Magistrate William Garfinkle, I have endeavored to completely and accurately disclose my financial status and all assists and that of Toff Industries, Inc.

3. I have disclosed all tax returns available to date as they were prepared and filed with the I.R.S.

4. All bank account information that I disclosed is the complete record of my banking business with all financial institutions.

5. I own no stocks or other equity instruments beyond my ownership of Toff Industries, Inc.

S:\010253\AFFTOFFEY 03.26.04.doc         1

6. I have made no transfers of any assets for the purpose of secreting then from plaintiffs or from any creditor whatsoever and all expenditures that I have made since I first became aware of the possibility of litigation regarding the pertinent patent have been ordinary expenses for the support of my family and home or for the normal operation of my business.

7. I formerly was the owner of a 28' 1989 Wellcraft fishing boat. In October, 2003 I sold that boat for $20,000.00. The boat was sold because I no longer could afford the expenses associated with its ownership. I deposited the proceeds from the sale and have used that sum to cover my everyday living expenses through this winter. I have not taken a paycheck from Toff Industries, Inc. nor have I received a paycheck from any source since October, 2003. I do not own any type of boat at this time.

_____
Harold J. Toffey

STATE OF CONNECTICUT:
                                    : ss: Waterbury
COUNTY OF NEW HAVEN:

Subscribed and sworn to before me this 26th day of March, 2004.

_____
Notary Public
My Commission Expires:
Commissioner of the Superior Court

SECOR, CASSIDY & MCPARTLAND, P.C.  •  ATTORNEYS AT LAW
41 CHURCH STREET  •  P. O. BOX 2818  •  WATERBURY, CT 06723-2818  •  JURIS #55525  •  (203) 757-9261