UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 29, 2004

2:30 p.m.

*Held 2 hours*

CASE NO. **3:01cv912 (GLG)**   **Eastern Awning vs. Harold's Canvas**

Patrick M. Fahey
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819


Charles Dallett Hoopes
PO Box 205
Litchfield, CT 06759


Charles L. Howard
Shipman & Goodwin - Htfd, CT
One American Row
Hartford, CT 06103-2819


Donald C. McPartland
Secor, Cassidy & McPartland, P.C.
41 Church St., Po Box 2818
Waterbury, CT 06723


Thomas G. Parisot
Secor, Cassidy & McPartland, P.C.
41 Church St., Po Box 2818
Waterbury, CT 06723


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK