UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASTERN AWNING SYSTEMS, INC., and STEPHEN LUKOS, | : : : | CIVIL ACTION NO. 3:01cv912 (RNC) |
| Plaintiffs, | : : | |
| v. | : : | |
| HAROLD'S CANVAS AND AWNING, INC., TOFF INDUSTRIES, INC. and HAROLD TOFFEY, | : : : : | |
| Defendants. | : | JULY 30, 2004 |



### MOTION FOR SCHEDULING ORDER

Pursuant to the Court's direction during the telephonic status conference held in this matter on July 26, 2004, the plaintiffs, with defendants' consent, hereby propose the following scheduling order to govern the progress of this matter:

(1)  All remaining discovery and all related depositions shall be completed by the plaintiffs on or before September 30, 2004;

(2)  The parties shall file briefs addressed to the issue of the Court's construction of claim 6(e) of the patent in suit on or before November 1, 2004;

(3)  Each party may file a response brief on or before November 22, 2004;

(4)  Each party may request argument or a hearing regarding the claims construction issues raised in the parties' briefing by so indicating in that party's brief or reply brief;

**ORAL ARGUMENT NOT REQUESTED**

(5) Any argument or hearing with regard to the claims construction issues raised in the parties' briefing shall be scheduled at the discretion of the Court; and

(6) Following the Court's ruling on the claims construction issues raised in the parties' briefing, the parties shall jointly confer and propose to the Court a scheduling order to govern the issues remaining in this case.

The undersigned represents that he has conferred with counsel for the defendants and that the parties agree on the scheduling order proposed herein.

PLAINTIFFS,
EASTERN AWNING SYSTEMS, INC., and
STEPHEN LUKOS,

By *PM Fahey*

Charles L. Howard (ct05366)
Patrick M. Fahey (ct13862)
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5319
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 30th day of July, 2004, a copy of the foregoing was sent via first-class mail to:

Thomas G. Parisot, Esq.
Secor, Cassidy & McPartland, P.C.
41 Church Street
P.O. Box 2818
Waterbury, CT 06723-2818

Dallett Hoopes, Esq.
Box 205
Litchfield, CT 06759

_____
Patrick M. Fahey

292094 v.01 S45