UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASTERN AWNING SYSTEMS, INC., and STEPHEN LUKOS, | CIVIL ACTION NO. |
| Plaintiffs, | 3:01cv912 (RNC) |
| v. | |
| HAROLD'S CANVAS AND AWNING, INC., TOFF INDUSTRIES, INC. and HAROLD TOFFEY, | |
| Defendants. | JULY 30, 2004 |



## MOTION FOR SCHEDULING ORDER

Pursuant to the Court's direction during the telephonic status conference held in this matter on July 26, 2004, the plaintiffs, with defendants' consent, hereby propose the following scheduling order to govern the progress of this matter:

(1) All remaining discovery and all related depositions shall be completed by the plaintiffs on or before September 30, 2004;

(2) The parties shall file briefs addressed to the issue of the Court's construction of claim 6(e) of the patent in suit on or before November 1, 2004;

(3) Each party may file a response brief on or before November 22, 2004;

(4) Each party may request argument or a hearing regarding the claims construction issues raised in the parties' briefing by so indicating in that party's brief or reply brief;

**ORAL ARGUMENT NOT REQUESTED**