UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASTERN AWNING SYSTEMS, INC., and STEPHEN LUKOS, | : : : | CIVIL ACTION NO. 3:01cv912 (RNC) |
| Plaintiffs, | : : | |
| v. | : : | |
| HAROLD'S CANVAS AND AWNINGS, INC., TOFF INDUSTRIES, INC. and HAROLD TOFFEY, | : : : : | |
| Defendants. | : | NOVEMBER 1, 2004 |

## APPEARANCE

Please enter my appearance, in addition to any appearances on file, as attorney for the plaintiffs EASTERN AWNING SYSTEMS, INC. and STEPHEN LUKOS.

_____
Lee A. Duval
Fed. Bar No. ct23387
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-8156
Facsimile: (203) 324-8199
Email:     lduval@goodwin.com

## CERTIFICATION OF SERVICE

This is to certify that on this 1st day of November, 2004, a copy of the foregoing Appearance was mailed, via U.S. mail, postage prepaid, to:

Thomas G. Parisot
Secor, Cassidy & McPartland, P.C.
41 Church Street
P.O. Box 2818
Waterbury, CT 06723-2818

Dallett Hoopes, Esq.
Box 205
Litchfield, CT 06759

_____
Lee A. Duval