# EXHIBIT A

US005273095A

# United States Patent [19]

## Lukos

| [11] | Patent Number: | 5,273,095 |
|---|---|---|
| [45] | Date of Patent: | Dec. 28, 1993 |

[54] **ARM STRUCTURE FOR AWNING SUPPORT SYSTEM**

[76] Inventor: **Stephen P. Lukos,** 1879 Litchfield Rd., Watertown, Conn. 06795

[21] Appl. No.: **895,671**

[22] Filed: **Jun. 9, 1992**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 673,189, Mar. 21, 1991, Pat. No. 5,119,867.

[51] Int. Cl.⁵ ............................................. **E04F 10/06**
[52] U.S. Cl. ............................................. **160/70;** 160/79
[58] Field of Search ........................ 160/66, 67, 69, 70, 160/78, 79, 22; 135/89; 248/611, 273

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 1,021,330 | 3/1912 | Price | 160/78 X |
|---|---|---|---|
| 1,759,715 | 5/1930 | Schane | 160/70 |
| 1,796,419 | 3/1931 | Anton | 248/273 |
| 1,842,402 | 1/1932 | Heiser | 160/70 |
| 1,856,161 | 5/1932 | Heiser | 160/70 |
| 1,897,029 | 2/1933 | Bell et al. | 160/70 |
| 1,915,529 | 6/1933 | Heiser | 160/70 |
| 2,321,801 | 6/1943 | Dazzo | 160/69 |
| 4,214,621 | 7/1980 | Wessels et al. | 160/66 |
| 4,495,977 | 1/1985 | Delluc | 160/66 X |

#### FOREIGN PATENT DOCUMENTS

| 3625604 | 2/1988 | Fed. Rep. of Germany | 160/67 |
|---|---|---|---|
| 483001 | 4/1938 | United Kingdom | 160/70 |

*Primary Examiner*—David M. Purol
*Attorney, Agent, or Firm*—John H. Crozier

[57] **ABSTRACT**

In a preferred embodiment, a bracket assembly for a lateral arm of an awning support system, the bracket assembly including: a bracket mount to mount said bracket assembly to a surface from which the awning extends; an arm mount for the vertically pivotal attachment to the bracket mount of the proximal end of the lateral arm; and a spring operatively connected between the bracket mount and the arm mount to normally maintain the lateral arm in an equilibrium position, but to allow the lateral arm to rotate vertically from the equilibrium position to absorb the vertical component of an excessive load on the awning and/or to permit the awning to shed the condition producing the excessive load.

**11 Claims, 5 Drawing Sheets**







FIG. 5



FIG. 6

**U.S. Patent**          Dec. 28, 1993          Sheet 4 of 5          5,273,095



FIG. 7



FIG. 8

5,273,095

1

# ARM STRUCTURE FOR AWNING SUPPORT SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of copending application Ser. No. 07/673,189, filed Mar. 21, 1991, now U.S. Pat. No. 5,119,867.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to awning support systems generally and, more particularly, but not by way of limitation, to a novel awning support system which permits the lateral arms of such a system to flex vertically to absorb the vertical component of an excessive load and/or to shed the condition causing the excessive load.

2. Background Art

Awning support systems generally have at least two lateral arms which are mounted at one end by brackets to the wall or frame of a building and which are joined at the opposite end to one or more cross ribs so as to create a support for stretching and holding an awning cover thereon. Variations of such awning support systems are those with horizontally extendable lateral arms, arms which are collapsible downwardly, or arms which fold accordion-style.

In all such known awing support systems, the lateral arms are rigidly held in fixed position at the wall mounting when the awning is in use and, particularly, the lateral arms are held against any vertical motion. This rigidity of the lateral arms has the substantial problem that serious damage can occur to the arm structure if an excessive load is placed on the awning, such as from excessive pressure of snow, rain, or wind thereon. Such pressure translates to a large moment arm about the mounting bracket which is a typical point of failure.

Accordingly, it is a principal object of the present invention to provide an awning support system which has means for preventing damage to arm structures when the awning is subjected to excessive loads.

It is a further object of the invention to provide such an awning support system that permits the lateral arms thereof to flex vertically in response to excessive loads.

It is an additional object of the invention to provide such an awning support system that is easily and economically manufactured.

Other objects of the present invention, as well as particular features, elements, and advantages thereof, will be elucidated in, or be apparent from, the following description and the accompanying drawing figures.

## SUMMARY OF THE INVENTION

The present invention achieves the above objects, among others, by providing, in a preferred embodiment, a bracket assembly for a lateral arm of an awning support system, comprising: bracket mounting means to mount said bracket assembly to a surface from which said awning extends; arm mounting means for the vertically pivotal attachment to said bracket mounting means of the proximal end of said lateral arm; and spring means operatively connected between said bracket mounting means and said arm mounting means to normally maintain said lateral arm in an equilibrium position, but to allow said lateral arm to rotate vertically from said equilibrium position to absorb the verti-

2

cal component of an excessive load on said awning and/or to permit said awning to shed the condition producing said excessive load.

## BRIEF DESCRIPTION OF THE DRAWING

Understanding of the present invention and the various aspects thereof will be facilitated by reference to the accompanying drawing figures, submitted for purposes of illustration only and not intended to define the scope of the invention, on which:

FIGS. 1–3 are schematic side elevational views of an awning support system including one type of lateral arm bracket according to the present invention.

FIG. 4 is a top plan view of the awning support system of FIGS. 1–3.

FIG. 5 is a perspective view of another embodiment of a lateral arm bracket according to the present invention.

FIGS. 6–8 are side elevational views of additional embodiments of lateral arm brackets according to the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawing figures, on which similar or identical elements are given consistent identifying numerals throughout the various figures thereof, and on which parenthetical references to figure numbers direct the reader to the view(s) on which the element(s) being described is (are) best seen, although the element(s) may be seen also on other views.

FIGS. 1–4 illustrate an awning support system which includes mounting brackets, generally indicated by the reference numeral 10, according to one embodiment of the present invention. Brackets 10 are mounted to a wall 11 of a building (not otherwise shown) by means such as suitable screws or anchor bolts and a pair of lateral support arms 12 (FIG. 4) having proximal ends 12a which are pivotally mounted to the brackets at pivot mounting points 10a. Each proximal end 12a is compressibly held between a pair of compression springs 13a and 13b which are pre-selected and tensioned so as to hold the lateral arms 12 in an extended horizontal, or other, equilibrium position under normal loading conditions.

With the load absorbing features of mounting brackets 10, lateral arms 12 are able to flex downwardly (FIG. 2) or upwardly (FIG. 3) in order to absorb and-/or shed the vertical component of a potentially damaging load applied on the awning, such as snow or water or the vertical component (up or down) of a wind load. Water or snow that pooled or accumulated on the upper surface of cover 14 would be discharged as the awning were deflected downwardly (FIG. 2). Similarly, lateral arms 12 would yield flexibly under a heavy load applied suddenly to the lateral arms, such as a vandal grabbing onto the end of the awning. When the excessive load is removed, compression springs 13a and 13b return lateral arms 12 to their equilibrium position. This load absorbing and/or shedding capability greatly reduces the likelihood that an excessive load will cause damage to lateral arms 12 or cover 14 or cause mountings 10 to be pulled out of the wall.

Springs 13a and 13b can be compression or extension coil type. Lateral arms 12 can be of any desired construction, such as straight tubing, telescoping tubing, downwardly folding, or retractable type. The tubing

5,273,095

3

construction of lateral arms 12 can be designed to accommodate stress also, such as by providing flexibility, lighter weight members at the distal ends of the arms, and/or interior dampers.

Awning cover 14 may be made of fabric and is wound on a reel 15 rotatably mounted to brackets 10. The fabric can be any material that serves as a cover, such as, for example, vinyl or plastic; however, it is preferred that the material be weatherproof.

FIG. 5 illustrates another mounting bracket assembly, according to the present invention, which permits lateral arm 12 to deflect vertically, the bracket assembly being generally indicated by the reference numeral 30. Assembly 30 is shown being attached to a support tube 20 which is secured by conventional brackets (not shown) to a building wall (not shown), the assembly includes two side-by-side shoulder brackets 21a and 21b which are clamped or otherwise fixed to the support tube and a lateral arm 12 which is pivotally (horizontally) mounted by rod 12b to the distal end of a generally hollow housing 22. It will be understood that bracket assembly 30 can be adapted for the use of other means for mounting thereof to a wall.

A compression member 23 of high density polyurethane is disposed in housing 22 between clamp end 12a of lateral arm 12 and a horizontal pivot barrel 25 disposed at the proximal end of the housing and journalled therein. Compression member 23 is slightly larger than the space for insertion thereinto in housing 22 so that it expands into and is secured in that space. A bolt 29 supported by brackets 21a and 21b passes through, in closely fitting relationship therewith, a raised boss formed centrally on an horizontal flange 32 molded in compression member 23, the flange extending through the compression member from side to side and almost the length thereof. Flange 32 evenly transfers force from brackets 21a and 21b to compression member 23 as vertical force is applied to lateral arm 12, thereby to compress the compression member and provide the required spring action.

A threaded vertical pitch adjusting rod 26 extends through a channel 28 defined in the proximal end of housing 22 and threadingly engages pivot barrel 25. The vertical position of pivot barrel on adjusting rod 26 is set by rotating the adjusting rod by means of a nut 27 fixed to the lower end thereof and bearing against a plate 24 which extends between recesses defined in the lower edges of the shoulder brackets 21a and 21b. As pivot barrel 25 is raised on adjusting rod 26, lateral arm 12 will pivot downwardly about bolt 29. Likewise, lowering barrel 25 on adjusting rod 26 upwardly pivots lateral arm 12 about bolt 29. Such adjustment sets the equilibrium position of lateral arm 12.

When a downward vertical excessive load is applied to lateral arm 12, compression member 23 compresses, allowing the lateral arm to pivot downwardly about pivot barrel 25 to positions shown in broken lines to shed the load. Likewise, an upward vertical excessive load would cause compression member 23 to compress such that lateral arm 12 would rotate upwardly about pivot barrel 25.

FIG. 6 illustrates another lateral arm mounting bracket assembly, according to the present invention, the bracket assembly being indicated generally by the reference numeral 40. Bracket assembly 40 is adapted to be mounted to a support tube (not shown), such as support tube 20 on FIG. 5; however, the bracket assem-

4

bly can be adapted to be mounted directly to a wall or other surface.

The rigid elements of bracket assembly 40 are generally similar to the rigid elements of bracket assembly 30 on FIG. 5, except that hollow housing 22 of bracket assembly 30 has been replaced by a rigid body member 42 having rod 12b extending through the distal end thereof and adjusting screw 26 extending through pivot barrel 25 in the proximal end thereof. The angle of lateral arm 12 is adjusted the same as is described above with reference to bracket assembly 30.

Spring action in bracket assembly 40 is provided by a spring-loaded pneumatic cylinder 46, one end of which cylinder is pivotally attached near the distal end of body member 42 and the other end of which is pivotally attached to a plate 44 fixedly attached between shoulder brackets 21a and 21b (only the latter shown on FIG. 6). Cylinder 46 is of the conventional type in which an internal spring maintains the cylinder, and, therefore, lateral arm 12, in an equilibrium position, and in which cylinder a piston provides damping action. In a similar manner to the above descriptions with respect to FIGS. 1–5, the vertical component of an excessive force on lateral arm 12 will cause the lateral arm to rotate about pivot barrel 25, with cylinder 46 providing the necessary spring action.

FIG. 7 illustrates another lateral arm mounting bracket assembly, according to the present invention, generally indicated by the reference numeral 50. Mounting bracket 50 is identical to mounting bracket 40 on FIG. 6, except that cylinder 46 of the latter has been replaced by a leaf spring 52. Leaf spring 52 has its proximal end pivotally attached to plate 44 and its distal end attached to the distal end of a rod 54, the proximal end of the latter being attached to body member 42.

FIG. 8 illustrates another lateral arm support mounting bracket assembly, according to the present invention, generally indicated by the reference number 60. Bracket assembly 60 is similar to bracket assembly 30 on FIG. 5, except that compression member 23 of the latter has been replaced with two coil springs 62 and 64. Coil springs 62 and 64 are disposed over a vertical rod 66 fixedly mounted in the distal end of body member 42. Fixedly attached to shoulder brackets 21a and 21b (attachment not shown) is a horizontal bar 68 having a U-shaped distal end which fits over vertical rod 66 and which separates coil springs 62 and 64. As lateral arm 12 rotates upwardly or downwardly, bar 68 will cause one of coil springs 62 and 64 to compress and the other to extend, depending on the direction of rotation of the lateral arm, thus providing the necessary spring action.

All patent applications, patents, and other documents cited herein are incorporated in their entirety by reference hereinto.

It will thus be seen that the objects set forth above, among those elucidated in, or made apparent from, the preceding description, are efficiently attained and, since certain changes may be made in the above construction without departing from the scope of the invention, it is intended that all matter contained in the above description or shown on the accompanying drawing figures shall be interpreted as illustrative only and not in a limiting sense.

It is also to be understood that the following claims are intended to cover all of the generic and specific features of the invention herein described and all statements of the scope of the invention which, as a matter of language, might be said to fall therebetween.

5,273,095

5

I claim:

1. A bracket assembly for a lateral arm of an awning support system, comprising:

(a) bracket mounting means to mount said bracket assembly to a surface from which said awning extends;

(b) arm mounting means for the vertically pivotal attachment to said bracket mounting means of the proximal end of said lateral arm;

(c) spring means operatively connected between said bracket mounting means and said arm mounting means to normally maintain said lateral arm in an equilibrium position, extending outwardly from said surface, but to allow said lateral arm to rotate vertically from said equilibrium position to absorb the vertical component of an excessive load on said awning and/or to permit said awning to shed the condition producing said excessive load, and then to permit said lateral arm to return to said equilibrium position when said vertical component is no longer present;

(d) said spring means comprises a polymeric compression member, said distal end of said lateral arm comprises a generally hollow housing, and within said housing is closely disposed said polymeric compression member;

(e) said arm mounting means comprises a horizontal pivot barrel disposed through the distal end of said housing and operatively connected to said bracket mounting means; and

(f) a shaft secured to said bracket mounting means and extending horizontally through said polymeric compression member to transfer force from said bracket mounting means thereby to compress said polymeric compression member as vertical force is applied to said lateral arm causing said lateral arm to pivot about said pivot barrel.

2. A bracket assembly, as defined in claim 1, wherein said polymeric compression member comprises molded high density polyurethane.

3. A bracket assembly, as defined in claim 1, further comprising a vertical pivot shaft at the proximal end of said housing to permit said lateral arm to fold transversely.

4. A bracket assembly, as defined in claim 1, further comprising a threaded vertical pitch adjustment rod secured against vertical movement with respect to said bracket mounting means, said pitch adjustment rod threadingly engaging said horizontal pivot barrel so as to selectively raise or lower said horizontal pivot barrel to adjust the equilibrium position of said lateral arm.

5. A bracket assembly, as defined in claim 1, further comprising a horizontal flange molded in said polymeric compression member through which said shaft extends, such that said horizontal flange will transfer force from said bracket mounting means thereby to compress said polymeric compression member.

6. A bracket assembly for a lateral arm of an awning support system, comprising:

6

(a) bracket mounting means to mount said bracket assembly to a surface from which said awning extends;

(b) arm mounting means for the vertically pivotal attachment to said bracket mounting means of the proximal end of said lateral arm;

(c) spring means operatively connected between said bracket mounting means and said arm mounting means to normally maintain said lateral arm in an equilibrium position, extending outwardly from said surface, but to allow said lateral arm to rotate vertically from said equilibrium position to absorb the vertical component of an excessive load on said awning and/or to permit said awning to shed the condition producing said excessive load, and then to permit said lateral arm to return to said equilibrium position when said vertical component is no longer present;

(d) said arm mounting means comprises a horizontal pivot barrel disposed through the distal end of said housing and operatively connected to said bracket mounting means; and

(e) a threaded vertical pitch adjustment rod secured against vertical movement with respect to said bracket mounting means, said pitch adjustment rod threadingly engaging said horizontal pivot barrel so as to selectively raise or lower said horizontal pivot barrel to adjust the equilibrium position of said lateral arm.

7. A bracket assembly, as defined in claim 6, wherein said spring means is selected from the group consisting of a polymeric compression member, a coil spring, a leaf spring, and a spring-loaded pneumatic cylinder.

8. A bracket assembly, as defined in claim 7, wherein said polymeric compression member comprises molded high density polyurethane.

9. A bracket assembly, as defined in claim 7, further comprising:

(a) said distal end of said lateral arm comprises a generally hollow housing within said housing is closely disposed said polymeric compression member; and

(b) a shaft secured to said bracket mounting means and extending horizontally through said polymeric compression member to transfer force from said bracket mounting means thereby to compress said polymeric compression member as vertical force is applied to said lateral arm causing said lateral arm to pivot about said pivot barrel.

10. A bracket assembly, as defined in claim 9, further comprising a horizontal flange molded in said polymeric compression member through which said shaft extends, such that said horizontal flange will transfer force from said bracket mounting means thereby to compress said polymeric compression member.

11. A bracket assembly, as defined in claim 9, further comprising a vertical pivot shaft at the proximal end of said housing to permit said lateral arm to fold transversely.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,273,095
DATED : Dec. 28, 1993
INVENTOR(S) : Lukos

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In column 6, lines 20-21, "said housing" is changed to --a housing--.

Signed and Sealed this

Seventeenth Day of April, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI

*Attesting Officer*        *Acting Director of the United States Patent and Trademark Office*

# EXHIBIT B

1

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF CONNECTICUT

3

4        ------------------------x

5

6    EASTERN AWNING SYSTEMS,
     INC., AND STEPHEN LUKOS,    :

7                Plaintiffs,    :

8        -versus-          : No. 3:01CV912(GLG)

9    HAROLD'S CANVAS AND
     AWNINGS, INC., TOFF

10   INDUSTRIES, INC., AND
     HAROLD TOFFEY,             :

11

12                Defendants.   :

13       ------------------------x

14

15            Deposition of HAROLD TOFFEY, taken

16   pursuant to Federal Rules of Civil Procedure, at the

17   law offices of Shipman & Goodwin, Hartford,

18   Connecticut, before Jacqueline McCauley, RPR/CSR, a

19   Notary Public in and for the State of Connecticut, on

20   April 18, 2002, at 10:06 a.m.

21

22

23

24

25

29

```
1    Industries?

2              A.   I am the sole shareholder.

3              Q.   You are also the president?

4              A.   Yes, sir.

5              Q.   Does Toff Industries have any

6    subsidiaries?

7              A.   I don't understand the question.

8              Q.   Does Toff Industries wholly own any other

9    corporation?

10             A.   No, sir.

11             Q.   Does Toff Industries have any equity

12   interest in any other corporation?

13             A.   No, sir.

14             Q.   Other than yourself are there any other

15   officers of Toff Industries?

16             A.   Secretary, which is my mother.

17             Q.   What's your mother's name?

18             A.   Helen Toffey.

19             Q.   Are there any other officers?

20             A.   No, sir.

21             Q.   Harold's Canvas and Awning, are there any

22   shareholders of Harold's Canvas and Awning?

23             A.   No, sir.

24             Q.   Were you the sole shareholder of Watertown

25   Canvas and Awning Inc.
```

```
 1              A.   Yes, sir.
 2              Q.   And were you also the president of
 3   Watertown Canvas and Awning Inc?
 4              A.   Yes, sir.
 5              Q.   Was Watertown Canvas and Awning
 6   Incorporated also organized as an S corporation?
 7              A.   Yes, sir.
 8              Q.   When was the last time that Harold's
 9   Canvas and Awning filed a tax return?
10              A.   I don't believe they have yet.
11              Q.   Watertown Canvas and Awning became
12   Harold's Canvas and Awning, correct?
13              A.   Yes, sir.
14              Q.   Watertown Canvas and Awning has filed tax
15   returns, correct?
16              A.   Not yet.
17              Q.   Watertown Canvas and Awning has existed
18   since the 1980s, correct?
19              A.   Correct.
20              Q.   And in the period of time that Watertown
21   Canvas and Awning Incorporated existed it filed tax
22   returns, correct?
23              A.   Yes.
24              Q.   When was the last time it filed a tax
25   return?
```

96

1   concludes that your shoulder joint doesn't infringe

2   claim six of the patent.

3          A.   Okay, because --

4                MR. PARISOT:   Objection again to

5   that question.

6          A.   Because in claim six, if I understand it

7   correctly and I do understand how Lukos's system

8   works, is his vertical adjustment rod remains

9   stationary at all times and against vertical movement

10  where the whole basis of the way mine operates is by

11  my vertical bolt moving up and down in a vertical

12  position.

13         Q.   So the adjustment rod moves?

14         A.   On my system.

15         Q.   In your system?

16         A.   Correct.

17         Q.   And then the Lukos system, as you

18  understand it, the adjustment rod doesn't move?

19         A.   It remains stationary, correct.

20         Q.   What, if anything, did you conclude after

21  receiving the opinion letter from Attorney Hoopes?

22         A.   What did I conclude?

23         Q.   If anything.

24         A.   I concluded that we have two separate

25  designs different for obvious reasons and designed to

1        Q.   And during that process that bolt is

2   moving, correct?

3        A.   Yes.

4        Q.   And it's moving around, right?

5        A.   Yes, it is.

6        Q.   And that's what happens when you turn the

7   bolt on the bottom, correct?

8        A.   Yes.

9        Q.   I am probably using the wrong word, but

10   the piece that's identified as number 84 on

11   Plaintiff's 5?

12        A.   Is the head of a bolt.

13        Q.   Why doesn't the bolt just keep screwing

14   into the pivot barrel?

15        A.   Why doesn't it just keep going up?

16   Because the spring has so much tension it holds it

17   from moving upward until a tremendous amount of

18   pressure from the front causes that spring to collapse

19   and then the bolt moves in the upward position.

20        Q.   And I'm sorry, I am still talking about

21   the adjusting part.  When I'm rotating number 84

22   clockwise, what's happening to piece 78, if I

23   understand your testimony, is it's moving downward?

24        A.   Yes.

25        Q.   And my question is what's stopping the

```
 1    bolt, 84 and 82, from just continuously screwing

 2    itself into piece 78?

 3            A.   I'm not sure I understand your question.

 4            Q.   Let me rephrase it, because I don't mean

 5    to confuse you and I'll ask it a different way.  Why

 6    is it that the pivot barrel rides up and down on the

 7    adjustment rod?

 8            A.   Because in a momentary position this bolt

 9    is held secure by the strength of the spring and

10    what's called a jam nut which is on top·of this plate.

11            Q.   And you're pointing now at Plaintiff's 20

12    for identification, correct?

13            A.   Yeah, or we can go back to Plaintiff's 5

14    and the plate I am referring to is number 66.

15            Q.   And is it fair to say that that jam nut

16    isn't depicted on either --

17            A.   You can't see it on either of these.

18            Q.   On either Plaintiff's 5 or Plaintiff's 20,

19    correct?

20            A.   Correct.

21            Q.   And do I understand your testimony to be

22    that that jam nut plays a role in the pivot barrel's

23    riding the adjustment rod up and down rather than the

24    bolt going through the pivot barrel?

25            A.   No, that's not its function.
```

```
 1              A.   Yes.

 2              Q.   But it doesn't move straight up and down

 3    when it's adjusting the pitch, does it?

 4              A.   Not unless at the same time the pitch is

 5    being adjusted a wind blows and causes the spring to

 6    collapse.

 7              Q.   While you're adjusting the pitch your

 8    adjustment rod doesn't move up and down, right?

 9              A.   While you are adjusting the pitch

10    typically no.

11              Q.   And that's because we talked about how the

12    pivot barrel rides the bolt up and down, correct --

13              A.   Correct.

14              Q.   -- the bolt stays fixed, correct?

15              A.   Correct.

16                   MR. HOOPES:  Can I ask that a

17    question be repeated or that an answer be repeated

18    from two answers, two questions?  Back you said

19    something about a wind storm.  Would you repeat that

20    comment?  I didn't understand what you said.

21              A.   I said something about a wind storm?

22                   MR. HOOPES:  I think so.

23                   MR. FAHEY:  You want it read back?

24                   MR. HOOPES:  I would like the answer

25    read back.
```

# EXHIBIT C

VOLUME II

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
                                       :
EASTERN AWNING SYSTEMS, INC.
AND STEPHEN LUKOS,                     :

           Plaintiffs,                 :
                                         Civil Action
         vs.                           : 3:01CV912
                                         (RNC)
HAROLD'S CANVAS AND AWNING, INC.,      :
TOFF INDUSTRIES, INC. AND
HAROLD TOFFEY,                         :

           Defendants.                 :

- - - - - - - - - - - - - - - - - - - x


           Deposition of HAROLD TOFFEY, taken

      pursuant to the Federal Rules of Civil

      Procedure, at the law offices of Shipman &

      Goodwin, One Constitution Plaza, Hartford,

      Connecticut, before Janet C. Phillips,

      License #00124, a Registered Professional

      Reporter and Notary Public in and for the

      State of Connecticut, on Monday,

      September 20, 2004, at 10:17 a.m.

1    Plaintiffs' 3 for identification, the patent, and back

2    to Claim 6e, and ask you to read that Claim 6e to

3    yourself and let us know when you're finished.

4        A.    I'm finished.

5        Q.    Now, the language quoted on Plaintiffs' 19

6    for identification, the opinion, up at the top of the

7    page next to the small 'e'?

8                   MR. FAHEY:   Could we go off the record

9               for a second?

10                  (Pause in the proceedings.)

11       Q.    The language that's quoted in the opinion

12   letter, Plaintiffs' 19 for identification at the top of

13   the page next to the little 'e' in parentheses is taken

14   from the patent, Claim 6e, is that right?

15       A.    That's correct.

16       Q.    Now, Claim 6e has only to do with pitch

17   adjustment function of the awning arm, is that right?

18   Take your time and look at it again.

19       A.    In the patent or in the opinion?

20       Q.    In the patent, sir.

21       A.    In the patent, it is -- your question again?

22       Q.    That Claim 6e -- strike that.

23             That Element 6e only has to do with a pitch

24   adjustment function, is that right?

25       A.    For the Lukos awning, yes.

# EXHIBIT D

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
    p.    cm.
    ISBN 0-87779-201-1

    1. English language—Dictionaries.    I. Gove, Philip Babcock,
1902–1972.    II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20
                                                    93-10630
                                                    CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
484950QPH9796

Case 3:01-cv-00912-RNC   Document 69-2   Filed 11/01/2005   Page 26 of 26

...a country or continent) set apart by geographic, ...ultural, or other distinctive characteristics (the ...uth, and other ~s of the U. S.) (the only im-pe-growing ~ of Pennsylvania —*Amer. Guide Series*) **b :** a usu. distinctive quarter or district (as of a city) (the business ~ of the city) **9 a :** a part that ...or is held to be separated **:** DIVISION, PORTION, ...uthern ~ of the route) (chop the stalks into ~s ...de Series: La.)  (an important ~ of the milling ...imer, *Guide Series: Minn.*) (a ~ of the task) ...ent of a fruit (as an orange or grapefruit) **:** CARPEL ...ie parts into which the warp threads are divided ...ing preparation (as warping, beaming, and slash-...a portion of a group of people having or held to ...act and separate status usu. by virtue of one or ...ive characteristics (a cheering ~) (royalty enter-...~s of the local community —Guthrie Moir) (the ...of the European population —Patrick Smith) ...ic classes formed by dividing a group of students ...ticular course (ten ~s of English I)  **c :** one of ...ato which a conference of teachers, scholars, or ...a given field is divided for discussion purposes ...ilitary unit composed of two or more squads ...y unit constituting the basic unit of a larger unit ...ry thin slice (as of tissue or rock) suitable for ...examination  **b :** an exposed surface revealing ...ological strata  **13 a :** a division of a railroad ...including both an upper and a lower berth or ...re not made up two double seats facing each other ...of a permanent railroad way under the care of a ...of men  **c :** one of two or more trains, planes, ...ilar vehicles which run on the same schedule and ...ocial signals are usu. shown  **14 :** one of several ...iarts that may be assembled or reassembled (a ...th 15 ~s) (a bookcase in ~s)  **15 :** one of the ...made about four inches square, designed to hold ...nd when full, and placed in the super of a hive ...tore surplus honey in  **16 :** a profile on a plane ...r to the plane of the principal line or trace in ...17 :** a division of an orchestra composed of ...instruments (brass ~) (string ~)  **18 :** SIGNA-...**:** a subdivision of an office, staff, department, ...her organization (the political ~ of an embassy) ...st party ~) (the U. S. ~ of the British Foreign ...**:** the sequence of rock units in a given locality or ...ee PART — **in section** *adv* **:** in the view revealed ...(show a blood vessel *in section*)

**ˈsec·tioned;** sectioned; **sectioning** \-sh(ə)niŋ\ ...**1 a :** to cut or separate into sections : make a ...a history class by ability ratings) (~ a rock for ...**b** (1) **:** to divide (a body part or organ) ...a nerve)  (2) **:** to cut (fixed tissue) into thin ...roscopic examination  **2 :** to shade (as a part ...ical drawing) with crosshatching to indicate a ...present in sections — *vi* **1 :** to form sections **:** be-...separated into parts

...\-shən°l, -shnəl\ *adj*  **1 a :** of, relating to, or ...a section (~ repair of a tire) (a ~ view) (~ ...**:** belonging to a distinct part of a larger body ...or population) or territory **:** local or regional ...neral in character (~ interests) (~ jealousies) ...— compare PROVINCIAL **2 a :** consisting of or ...sections (a ~ view) (~ furniture)  **b :** designed ...ion segments a series of component parts ...— see SECTIONAL BOILER.  **c :** made up of sections ...is reduced at will (a ~ bookcase) (a ~ dictionary)

\ *n* -*s* **:** a piece of furniture made up of modular



**sectional**

...of use separately or in various combinations (as ...fa whose parts may be used as chairs)

...ler *n* **:** a boiler whose parts are fabricated and ...ctions and erected in suitable supporting frames ...k settings

...sity *n* **:** the ratio of the weight of a projectile to ...its diameter

...ʒm \-shə)nəˌlizəm\ *n* -*s* **:** disproportionate devo-...terests peculiar to one section (as of a country) ...elling, spirit, or prejudice **:** consciousness by the ...ction of a common and peculiar set of identifying ...s (as customs, interests, or social traits) (when ~ ...a state . . . it may be an upstate versus downstate ...D.McKean)

...t \-ˌlist\ *n* -*s* **:** one characterized by sectionalism ...vocates sectional interests or aims **:** one having ...**:** sectional feeling

...a·tion \ˌseksh(ə)nəlˈzāshən, -ˌlī'z-\ *n* -*s* **:** the ...tionalizing or of becoming sectionalized **:** the ...**:** sectionalized

...ize \'sekshə(nə)lˌīz\ *vt* -ED/-ING/-S  **1 :** to divide ...**:** make in sections esp. for later assembly  **2 :** to ...ling to geographical sections or local interests ...ome characterized by sectionalism

...**cutting** *n* **:** a section of a leaf (as of a begonia) ...ith the proper environment sometimes bush ...ll develop

...\-°l]ē, -əl], |i\ *adv* **:** in a sectional manner ...nal lines **:** from a sectional point of view ...\'sekshə,izm\ *adj* **:** of or relating to a section ...(~ leaders)

...\ *n* -ES **:** a member or partisan of a sectional

...t a bar of iron or steel rolled so as to have a ...section

...**1** or **section foreman :** the foreman of a sec-

**sect·ist** \-ˌtəst\ *n* -*s obs* **:** SECTARIAN 1

**1sec·tor** \'sektə(r)\ *also* -ˌto(ə)r *or* -ȯ(ə)\ *n* -*s* [LL. (trans. of Gk *tomeus*), fr. L. *cutter*, fr. *sectus* (past part. of *secare* to cut) + -*or* — more at saw]  **1 a :** the geometrical figure bounded by two radii and the included arc of a circle (b) (1) **:** a subdivision of a defensive military position assigned to a commander as an area of responsibility, bounded by arbitrary lines on the sides and rear, and in front extending to the maximum range of the weapons of the garrison — compare ZONE OF ACTION  (2) **:** a portion of a front in military operations  **c :** something (as an area or a portion or part of something) resembling or held to resemble a sector **:** DIVISION, QUADRANT, SECTION (the Soviet ~ of Berlin) (a reforested ~ of outworn land —*Amer. Guide Series: Oregon*)  **2 :** a sociological, economic, or political subdivision of society (maintenance of public order is primarily the responsibility of the public ~ —*Kerner Report*)  **3 :** a mathematical instrument consisting of two rulers connected at one end by a joint and marked with several scales (as of equal parts chords, sines, or tangents)  **4 :** an astronomical instrument whose limb embraces only a part of a circle and which is used for measuring angles too great for the compass of a micrometer  **b :** an arc-shaped attachment to an equatorial mounting often used for communicating slow-motion control of the driving clock to the polar axis  **5 :** a part of an apparatus whose principal kinematic lines form a sector (an index ~) **syn** see PART

**2sector** \-tə(r)\ *vb* sectored; sectored; sectoring \-t(ə)riŋ\ **sectors** *vt* **:** to divide into or furnish with sectors — *vi* **:** to form colonies made up of visibly different sectors — used chiefly of bacteria and fungi that form mutant strains early in the colony history

**sec·to·al** \'sekt(ə)rəl\ *adj* **:** of or relating to a sector (~ line)

**sec·tored dint** \'sekt(ə)rd-\ *also* **sector dint** *or* **sector wheel** *n* **:** a disk with alternate opaque and open sectors used in photometers to vary the brightness in a known manner

**sector gate** *n* **:** a roller gate in part-circle or sector form for a dam crest

**sector gear** *n* **1** *or* **sector wheel :** a toothed device resembling a portion of a gear wheel containing the center bearing and a part of the rim with its teeth  **2 :** a gear having a sector gear as its chief essential feature

**1sec·to·ri·al** \(ˈ)sek(ˈ)tōrēəl, -tȯr-\ *adj* [*sector* + -*ial*]  **1 :** of, relating to, or having the shape of a sector (a ~ box)  **2 :** of a *chimera* **:** made up of a sector of variant growth involving more than one type of tissue interposed in an otherwise normal body of tissue — compare PERICLINAL

**2sectorial** \"\ *adj* [NL *sectorius* sectorial (fr. L *sectus* — past part. of *secare* to cut — + -*orius* -ory) + E -*al*] **:** adapted for cutting **:** CARNASSIAL (a ~ tooth)

**sector of a sphere :** the solid generated by the revolution of the sector of a circle about one of its radii

**sects** *pl of* SECT

**-sects** *pres 3d sing of* -SECT

**sectuary** *n* -*es* [by alter. (influence of such words as *actuary*)] *obs* **:** SECTARY

**secty** *abbr* secretary

**1sec·u·lar** *also* **secu·u·lar** \'sekyələ(r)\ *adj* [ME. alter. (influenced by LL. *saecularis*) of *seculer*, fr. OF, fr. LL *saecularis* secular, worldly, pagan, fr. L, coming or observed once in an age, fr. *saeculum* breed, generation, age + -*aris* -ar; akin to W *hoedl* lifetime, Lith *sěkla* seed, L *serere* to sow — more at sow]  **1 a :** of or relating to the worldly or temporal as distinguished from the spiritual or eternal **:** not sacred **:** MUNDANE (~ affairs) (~ occupations)  **b :** not overtly or specif. religious (~ rites) (~ music) (~ drama)  **c :** of or relating to the state as distinguished from the church **:** CIVIL (~ courts) (~ jurisdiction) (the champion of the ~ power —A.J.Toynbee)  **d :** of or relating to the laity as distinguished from the clergy **:** NONCLERICAL, LAY (the ~ land-owners) (~ benefactors)  **e :** not formally related to or con-trolled by a religious body (the greater number of ~ than denominational schools in the country)  **f :** rationally or-ganized around temporal and utilitarian values and patterns and receptive to new trains (our modern industrialized ~ society) — contrasted with *sacred*  **g :** of, relating to, or advocating secularism **:** SECULARIST (an enlightened ~ hu-manism —H.N.Fairchild) (the disenchantment of absolute faiths which expresses itself in the ~ outlook of modern man —Louis Wirth)  **2 a :** living in the world **:** not living in a monastery or religious community **:** not bound by monastic vows or rules (a ~ priest) (the ~ clergy) — opposed to *regular*; compare MONK  **b :** of or relating to clergy not bound by monastic vows (~ vestments)  **3** [L *saecularis*]  **a :** coming or observed once in an age or a century (~ phenomena)  **b :** ex-isting or continuing through ages or centuries **:** AGELONG, CENTURIED, DITURNAL (~ oaks) (~ enmities)  **c :** of or relating to a long-enduring process (~ change) (regions of the earth's surface where . . . slow ~ movements of the crust are still in progress —*Endeavour*)  **d :** taking place within a cen-tury (~ fluctuation) (the ~ variation in an astronomical position)  **e :** recurring or taking ages (as for operation or completion) (~ forces) (the improvement of man in ~ —John Tyndall)  **f :** of or relating to a long term of indefinite dura-tion (the ~ trend of prices) (a ~ increase in the quantity of money is required in a growing economy —*Milton Friedman*) — compare CYCLICAL  **2  g :** recurring at intervals greater than one year (~ cycles in population pressure) **syn** see PROFANE

**2secular** \"\ *n* -*s* [ME *seculer*, fr. OF, fr. *seculer*, adj.]  **1 :** a secular ecclesiastic (as a parish priest)  **2 :** LAYMAN

**secular arm** *n* [ME *secular arm*, trans. of ML *brachium saecu-lare*] **:** the secular or civil power as distinguished from that of the church

**secular canoness** *n* **:** a canoness who is allowed to hold private property and is bound only by vows of celibacy and obedi-ence

**secular games** *n pl* [trans. of L *ludi saeculares*] **:** games honor-ing the gods of ancient Rome, lasting for three days and nights, and celebrated at long irregular intervals with sacrifices, theatrical shows, feasting, and singing of hymns composed for or appropriate to the occasion

**secular hymns** *n pl* [trans. of L *carmina saecularia*] **:** hymns composed for or sung at the secular games of ancient Rome

**sec·u·lar·ism** \'sekyələˌrizəm\ *n* -*s* **:** a view of life or of any particular matter based on the premise that religion and re-ligious considerations should be ignored or purposely ex-cluded (a policy of strict ~ in government)

**secund** \'sē₁kənd, 'se̱-,\ *adj* [L *secundus* following] **:** having some part or element arranged on one side only **:** UNILATERAL (~-leaves)

**se·cun·der·a·bad** \sə'kəndərə̱bad, -bird\ *adj, usu cap* [fr. *Secunderabad*, city in south central India] **:** of or from the city of Secunderabad, India **:** of the kind or style prevalent in Secunderabad

**se·cun·di·grav·i·da** \ˌsekʌndiˈgravədʌ\ *adj* [NL *secundigravida*] **:** pregnant for the second time

**se·cun·di·grav·i·da** \ˌse̱-, ˈ-vədə\ *n* -*s* [NL, fr. *secundi-* (fr. L *secundus* second, following) + L *gravida* pregnant woman — more at SECOND, GRAVIDA] **:** a woman in her second pregnancy

**se·cun·di·nes** *or* **secun·dines** \'sekʌnˌdinz, -ˌdēnz, sə'kʌndənz\ *n pl* [pl. of obs. E *secundine*, secondine afterbirth, fr. MB *secundine*, fr. LL *secundinae* (pl.), fr. L *secundus* second, fol-lowing — *inae*, fem. pl. of *-inus* -ine] **1** AFTERBIRTH

**sec·in·dip·a·ra** \sekən'dipərə\ *n* -*s* [NL, fr. L *secundi-* (fr. L *secundus*) + *-para*] **:** a woman who has borne children in two separate pregnancies

**sec·in·dip·a·rous** \ˌ-'dipərəs\ *adj* [*secundipara* + -*ous*] **:** of or relating to a secundipara

**secund·ly** *adv* **:** in a secund manner **:** UNILATERALLY

**se·cun·do·gen·i·ture** \sə-,kən(ˌ)dō'jenəcho̱(r)\ *n* [*secundo-* (fr. L. *secundus* second, following) + *geniture*]  **1 :** the right or system by which inheritance belongs to the second son  **2 :** a property or possession inherited by secundogeniture

**se·cun·dum le·gem** \sə'kʌndəm 'lē̱jem\ *adv* [L] **:** according to law

**se·cur·a·ble** \sə'kyu̇rəbəl, sē̱-\ *adj* **:** capable of being secured  **1 OBTAINABLE** (fellowships ~ by promising college graduates)

**se·cur·ance** \-pən(t)s\ *n* -*s* **:** the act of making secure or of assuring **:** ASSURANCE (guarantees . . . which are the ~ of free-dom —Elisha Mulford)

**se·cure** \si-ˈkyu̇(ə)r, -'kyu̇ə(r)\ *adj, sometimes* -ER/-EST [L *securus* free from care, safe, secure, fr. *sed*, *se* without + *cura* care — more at RIOT, CURE]  **1 a** *archaic* **:** unwisely free from fear or distrust **:** CARELESS, OVERCONFIDENT (went up . . . and smote the host; for the host was ~ —Judg 8:11 (AV))  **b :** free from fear, care, or anxiety **:** easy in mind **:** CONFIDENT (~ himself . . . he went out of his way to help others —Vance Palmer) (~ in the knowledge that a nurse is there to take care if necessary —Dorothy Barclay)  **c :** assured in opinion or expectation **:** having no doubt (~ in a belief) (grew to feel too ~ in their power —F.L.Mott)  **d** *archaic* **:** confident of a sure or safe prospect **:** CERTAIN (~ to be as blest as thou canst hear —Alexander Pope) (when she is ~ of him, there will be leisure for falling in love —Jane Austen)  **2 a :** free from danger (the feudal lord and his people were no longer ~ behind their fortifications —Tom Wintringham) — often used with *from* or *against* (~ from harm) (~ against attack)  **b :** free from risk of loss (no man's life or fortune was ~ —F.D.Roosevelt) **c :** affording safety **:** INVULNERABLE (~ hide-away) (a ~ telephone line)  **d :** TRUSTWORTHY, DEPENDABLE (his judgment on them is not so ~ —Roy Lewis & Angus Maude) (voice under ~ control —John Briggs)  **3 :** strong, stable, or firm enough to ensure safety **:** SOLID, UNASSAILABLE (a ~ foundation) (a ~ lock) (made a ~ place for himself in criticism —T.S.Eliot)  **3 :** capable of being expected or counted on with confidence **:** ASSURED, SURE (a ~ victory) (~ of an audience that shared his views —C.H.Rickword) **syn** see SAFE

**2secure** \"\ *vb* -ED/-ING/-S *vt*  **1 obs :** to free (as a person) from care, fear, or anxiety (I came *secured* by her promises —Thomas Fuller)  **2 a :** to relieve from exposure to danger **:** make safe (~ GUARD (labor's efforts to ~ itself —*New Repub-lic*) — often used with *from* or *against* (~ the country from a repetition of the experience —*Irish Digest*) (~ your own countrymen against brutality —Kenneth Roberts)  **b :** to shield or make secure (as a military position or movement) from capture, destruction, or hostile interference (for the time being, the beach was *secured* —Irwin Shaw)  **3 a** *archaic* **:** to give certitude to **:** ASSURE (finds a way . . . to ~ himself of a powerful advocate —William Broome)  **b :** to put beyond hazard of losing or of not receiving **:** GUARANTEE (~ the blessings of liberty to ourselves and our posterity —*U.S. Constitution*) (saying that there are no unfilled gaps —*Lancer*)  **c** (1) **:** to give pledge of payment to (a creditor)  (2) **:** to give pledge or payment (of an obligation) (~ a note by a pledge of collateral security)  **4 a :** to seize and confine (a person) **:** hold fast **:** PRISON (~ a prisoner with handcuffs) (two redcoats quickly *secured* him —Rex Ingamells)  **b :** to make fast **:** tie down **1 SEAL** (~ a door) (~ the hatches of a ship) (~ a letter with a wax seal)  **5** *archaic* **a :** to safeguard against (as an evil or danger) **:** PREVENT (*securing* false and illegal taxes —W.S. Perry)  **b :** to avert (a person) from a dangerous course (~ me ~ you from acting with ... rashness —Sir Walter Scott)  **6 a :** to come into secure possession of; *esp* **:** to acquire as the result of effort **:** PROCURE (~ employment) (~ cooperation) (~ a confession) (the good and rare things, in most countries *secured* and held by the few —Russell Lord) (*secured* an inside room on some months —Herbert Hoover) (~David Fairchild)  **b :** to bring about **:** EFFECT, PRODUCE (*secured* his ignominious dismissal —T.J.P.Lever) (we *secured* position for some months —Herbert Hoover) (perfect technique will always ~ a finer performance —War-wick Braithwaite)  **7 :** to release (naval personnel) from work or duty **:** DISMISS, EXCUSE (~ unnecessary personnel, partly to make it easier for those who still must stay on duty —E.L. Beach) — *vi* **1** *of naval personnel* **:** to stop work **:** go off duty **:** knock off (you may ~ now . . . get yourself some eggs and coffee —Herman Wouk)  **2** *of a ship* **:** to tie up **1 BERTH** (she *secured* alongside —Alan Villiers) **syn** see ENSURE, GET

**3secure** \"\ *n* -*s* [*secure*] **:** a naval signal announcing time to secure

**se·cure·ly** *adv* **:** in a secure manner: **as** *a archaic* **:** without care **1 TRUSTINGLY** (devise not evil against thy neighbor seeing he dwelleth ~ by thee —Prov 3:29 (AV))  **b :** with assurance **:** SAFELY (she was ~ happy —Ellen Glasgow) (it may ~ be denied —Hilaire Belloc)  **c :** without question **:** CERTAINLY (the shadows of poverty . . . had been ~ dispelled —Osbert Sitwell)  **d :** FIRMLY (~ corked) (~ clamped in place) (~ authority . . . ~ established —B.K.Sandwell)

**se·cure·ment** \-'kyu̇ment\ *n* -*s* **:** the act or process of making secure or of securing; *as* **a** (obs) **:** PROTECTION, RELIEF (grew afraid thereof and obtained a ~ from it —Sir Thomas Browne)