FILED

2004 NOV -2 P 3:08

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Eastern Awning Systems, Inc.; and Stephen Lukos *Plaintiffs* | : | CASE NO. 301CV912 (RNC) |
| Vs. | : | |
| Harold's Canvas and Awning, Inc.; Toff Industries, Inc.; and Harold Toffey *Defendants* | : | NOVEMBER 2, 2004 |

**MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT**

The defendants respectfully request permission to file their Motion for Summary Judgment dated November 1, 2004 for the following reasons:

1. The deadline for filing Motions for Summary Judgment in the above referenced matter was November 1, 2004.
2. The defendants attempted to file a Motion for Summary Judgment on November 1, 2004, but were unable to file said Motion because of traffic conditions existing at the time of attempted delivery. (See Affidavit of Jennifer Dion, Exhibit A).
3. The defendants have contemporaneously filed their Motion for Summary Judgment, along with this Motion on November 2, 2004.

SECOR, CASSIDY & MCPARTLAND, P.C. • ATTORNEYS AT LAW
41 CHURCH STREET • P. O. BOX 2818 • WATERBURY, CT 06723-2818 • JURIS #55525 • (203) 757-9261

4. The defendants were unable to electronically file said Motion as a result of a computer upgrade taking place October 29, 2004 at Secor, Cassidy & McPartland, PC, not allowing registration for District Court electronic filing. (See Exhibit A).
5. Therefore, the undersigned hereby respectfully requests permission to file their Motion for Summary Judgment dated November 1, 2004 on November 2, 2004.
6. On Tuesday, November 2, 2004, the undersigned attempted to contact plaintiff's counsel; however, he is unavailable until Monday, November 8, 2004.
7. The granting of this Motion will not prejudice the plaintiff in this matter, as it is merely one day beyond the scheduling order for filing said Motion.

WHEREFORE, the defendants request that the scheduling orders in the above matter be modified as set forth above.

THE DEFENDANTS, Harold's Canvas and Awning, Inc.; Toff Industries, Inc.; and Harold Toffey

By: ______________________
Donald C. McPartland, for
Secor, Cassidy & McPartland, P.C.
41 Church Street, P.O. Box 2818
Waterbury, Connecticut 06723-2818
Phone No. (203) 757-9261
Fed. Bar No. ct 20424

S:\010253\Mot. for Permission 11.02.04.doc

**CERTIFICATION**

The undersigned hereby certifies that the foregoing was mailed postage prepaid to the following parties of record:

Charles L. Howard, Esquire
Patrick M. Fahey, Esquire
Shipman & Goodwin, L.L.P.
One Constitution Plaza
Hartford, CT 06103-2819

Donald C. McPartland

S:\010253\Mot. for Permission 11.02.04.doc

3

SECOR, CASSIDY & MCPARTLAND, P.C. • ATTORNEYS AT LAW
41 CHURCH STREET • P. O. BOX 2818 • WATERBURY, CT 06723-2818 • JURIS #55525 • (203) 757-9261

EXHIBIT A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Eastern Awning Systems, Inc.; and Stephen Lukos<br>*Plaintiffs* | : | CASE NO. 301CV912 (RNC) |
| Vs. | : | |
| Harold's Canvas and Awning, Inc.; Toff Industries, Inc.; and Harold Toffey<br>*Defendants* | : | NOVEMBER 2, 2004 |

**AFFIDAVIT OF JENNIFER DION**

The undersigned, being duly sworn, supposes and says:

1. I am over the age of eighteen years and understand the obligation of an oath.

2. I have personal knowledge of all facts contained herein.

3. On Monday, November 1, 2004, as paralegal for Attorney Thomas G. Parisot, I attempted to file the Defendants' The Motion For Summary Judgment Pursuant To Rule 56(C), Memorandum Of Law In Support Of Motion For Summary Judgment Pursuant To Rule 56(C), and Local Rule 56(A)1 Statement Of Material Facts Not In Dispute, dated November 1, 2004.

S:\010253\JLD AFFIDAVIT.doc

SECOR, CASSIDY & MCPARTLAND, P.C. • ATTORNEYS AT LAW
41 CHURCH STREET • P. O. BOX 2818 • WATERBURY, CT 06723-2818 • JURIS #55525 • (203) 757-9261

4. The defendants were unable to electronically file said Motion as a result of a computer upgrade taking place October 29, 2004 at Secor, Cassidy & McPartland, PC, not allowing registration for District Court electronic filing.

5. On Monday, November 1, 2004, I departed Waterbury, Connecticut to file the above referenced documents at approximately 4:00 p.m., Eastern Standard Time.

6. While en route to the District Court in Hartford, Connecticut, I encountered significant traffic on Interstate 84 as a result of the ongoing construction.

7. As a result of significant traffic, I did not arrive at District Court until approximately 5:10 p.m., Eastern Standard Time.

8. I was unable to file the above referenced documents on November 1, 2004.

STATE OF CONNECTICUT)<br>
) ss: WATERBURY<br>
COUNTY OF NEW HAVEN)

Jennifer L. Dion

Sworn to before me this<br>
2nd day of November, 2004

Notary Public<br>
My Commission Expires 8/31/07

S:\010253\JLD AFFIDAVIT.doc

SECOR, CASSIDY & MCPARTLAND, P.C. • ATTORNEYS AT LAW<br>
41 CHURCH STREET • P. O. BOX 2818 • WATERBURY, CT 06723-2818 • JURIS #55525 • (203) 757-9261

**CERTIFICATION**

The undersigned hereby certifies that the foregoing was mailed postage prepaid to the following parties of record:

Charles L. Howard, Esquire
Patrick M. Fahey, Esquire
Shipman & Goodwin, L.L.P.
One Constitution Plaza
Hartford, CT 06103-2819

Donald C. McPartland

S:\010253\JLD AFFIDAVIT.doc