FILED

2004 NOV -2 P 3: 08

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Eastern Awning Systems, Inc.; and<br>Stephen Lukos<br>    *Plaintiffs* | CASE NO.<br>301CV912 (RNC) |
| Vs. | |
| Harold's Canvas and Awning, Inc.; Toff<br>Industries, Inc.; and Harold Toffey<br>    *Defendants* | NOVEMBER 2, 2004 |

### MOTION FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants respectfully request permission to file their Motion for Summary Judgment dated November 1, 2004 for the following reasons:

1. The deadline for filing Motions for Summary Judgment in the above referenced matter was November 1, 2004.

2. The defendants attempted to file a Motion for Summary Judgment on November 1, 2004, but were unable to file said Motion because of traffic conditions existing at the time of attempted delivery. (See Affidavit of Jennifer Dion, Exhibit A).

3. The defendants have contemporaneously filed their Motion for Summary Judgment, along with this Motion on November 2, 2004.

November 3, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2004 NOV -5 P 2: 23 U.S. DISTRICT COURT HARTFORD, CT.

\01...\Mot. for Permission 11.02.04.doc      1

SECOR, CASSIDY & MCPARTLAND, P.C. • ATTORNEYS AT LAW
41 CHURCH STREET • P. O. BOX 2818 • WATERBURY, CT 06723-2818 • JURIS #55525 • (203) 757-9261