UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Eastern Awning Systems, Inc.; and | : | CASE NO. |
| Stephen Lukos | : | 301CV912 (RNC) |
|    *Plaintiffs* | : | |
| | : | |
| Vs. | : | |
| | : | |
| Harold's Canvas and Awning, Inc.; Toff | : | |
| Industries, Inc.; and Harold Toffey | : | |
|    *Defendants* | : | NOVEMBER 1, 2004 |

**MOTION FOR SUMMARY JUDGMENT**
**PURSUANT TO RULE 56(C)**

The defendants, Harold's Canvas and Awning, Inc.; Toff Industries, Inc.; and Harold Toffey, hereby move for summary judgment on the grounds that there is no literal infringement of the `095 patent nor is the "doctrine of equivalents" available to the plaintiffs to support their claim of infringement. Thus, there can not be any actionable infringement.

In support of said Motion, the defendants submit the following:

1. A Memorandum of Law, attached hereto;

2. Statement of Material Facts Not In Dispute.

**ORAL ARGUMENT NOT REQUESTED**
**NO TESTIMONY IS REQUIRED**

S:\010253\MOTSUMMJUDG11.1.04.doc      1

WHEREFORE, the defendants respectfully request the Court grant them summary judgment on the grounds that they deny infringement and submit that the `095 patent is invalid.

        THE DEFENDANTS, Harold's Canvas and Awning, Inc.;
        Toff Industries, Inc.; and Harold Toffey


By: _____
    Thomas G. Parisot, for
    Secor, Cassidy & McPartland, P.C.
    41 Church Street, P.O. Box 2818
    Waterbury, Connecticut 06723-2818
    Phone No. (203) 757-9261
    Fed. Bar No. ct 06319


By: _____
    Dallett Hoopes, Esquire
    Box 205
    Litchfield, Connecticut 06759
    Phone No. (860) 567-5455
    Fed. Bar No. ct 22710

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing was mailed on the above date, postage prepaid, to all counsel and pro se parties of record as follows:

Charles L. Howard, Esquire
Patrick M. Fahey, Esquire
Shipman & Goodwin, L.L.P.
One Constitution Plaza
Hartford, CT 06103-2819

_____
Thomas G. Parisot