**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Eastern Awning Systems, Inc.; and | : | CASE NO. |
| Stephen Lukos | : | 301CV912 (RNC) |
|     *Plaintiffs* | : | |
| | : | |
| Vs. | : | |
| | : | |
| Harold's Canvas and Awning, Inc.; Toff | : | |
| Industries, Inc.; and Harold Toffey | : | |
|     *Defendants* | : | NOVEMBER 1, 2004 |

**LOCAL RULE 56(a) 1 STATEMENT OF**
**MATERIAL FACTS NOT IN DISPUTE**

    1.    Patent `095 (Plaintiffs' Exhibit A attached to their Complaint) was granted on Patent Application No. 895, 671 filed June 9, 1992 (The "Application"). (See Exhibit A).

    2.    Patent `095 issued containing Claim 6 which reads in part:

> e.    a threaded vertical pitch adjustment rod <u>secured against vertical movement with respect to said bracket mounting means</u>, said pitch adjustment rod threadingly engaging said horizontal pivot barrel so as to selectively raise or lower said horizontal pivot barrel to adjust the equilibrium position of said lateral arm.  (emphasis added)  (See Exhibit A).

    3.    In the Toffey accused assembly, there is no structure which responds to the underscored language in the patent Claim 6 excerpted above, as the vertical pitch adjustment rod of the accused assembly is not

secured against vertical movement.  (See Exhibit B, Affidavit of Harold Toffey; Exhibit G, Deposition of Earling Smith; Exhibit H, Deposition of Edward Keogh; and Exhibit I, Deposition of John Milon Pratt).

    4.    The Application as originally filed contained only two claims, application Claims 1 and 2. (See <u>Exhibit A</u>).

    5.    Application Claims 1 and 2 do not contain the underscored language in patent Claim 6 excerpted above. (See <u>Exhibit A</u>).

    6.    The language in patent Claim 6 was added during prosecution as application Claim 10 by an amendment filed March 19, 1993. (See <u>Exhibit A</u>).

    7.    This amendment was made following the patent examiner's rejection, as unpatentable under 35 U.S.C. 102(b), of Claims 1 through 3 and 7 and objection to claims 4 through 6 of the seven claims submitted by amendment to the original claims of the June 9, 1992 application.  This rejection was mailed to the plaintiff on December 12, 1992.  The reason the amendment was made was because of patentability.  (See <u>Exhibit A</u>).

        THE DEFENDANTS, Harold's Canvas and Awning, Inc.;
        Toff Industries, Inc.; and Harold Toffey

By: _____
    Thomas G. Parisot, for
    Secor, Cassidy & McPartland, P.C.
    41 Church Street, P.O. Box 2818
    Waterbury, Connecticut 06723-2818
    Phone No. (203) 757-9261
    Fed. Bar No. ct 06319

By: _____
    Dallett Hoopes, Esquire
    Box 205
    Litchfield, Connecticut 06759
    Phone No. (860) 567-5455
    Fed. Bar No. ct 22710

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing was mailed on the above date, postage prepaid, to all counsel and pro se parties of record as follows:

Charles L. Howard, Esquire
Patrick M. Fahey, Esquire
Shipman & Goodwin, L.L.P.
One Constitution Plaza
Hartford, CT 06103-2819

        _____
        Thomas G. Parisot