**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Eastern  Awning Systems, Inc.; and | : | CASE NO. |
| Stephen Lukos | : | 301CV912 (RNC) |
| *Plaintiffs* | : | |
| | : | |
| Vs. | : | |
| | : | |
| Harold's Canvas and Awning, Inc.; Toff | : | |
| Industries, Inc.; and Harold Toffey | : | |
| *Defendants* | : | NOVEMBER 22, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendants, Harold's Canvas and Awning, Inc., Toff Industries, Inc., and Harold Toffey have manually filed the following documents:

*[DEFENDANTS' RESPONSE TO PLAINTIFFS' MEMORANDUM OF LAW REGARDING CLAIMS CONSTRUCTION]*

This document has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The *Defendants' Response to Plaintiffs' Memorandum of Law Regarding Claims Construction* has been certified mailed on the above date, to all counsel and pro se parties of the record.

THE DEFENDANTS, Harold's Canvas and Awning, Inc.;
Toff Industries, Inc.; and Harold Toffey


By: _____
    Thomas G. Parisot, for
    Secor, Cassidy & McPartland, P.C.
    41 Church Street, P.O. Box 2818
    Waterbury, Connecticut 06723-2818
    Phone No. (203) 757-9261
    Fed. Bar No. ct 06319


By: _____
    Dallett Hoopes, Esquire
    Box 205
    Litchfield, Connecticut 06759
    Phone No. (860) 567-5455
    Fed. Bar No. ct 22710


## CERTIFICATION

This is to hereby certify that a copy of the foregoing was mailed on the above date, postage prepaid, to all counsel and pro se parties of record as follows:

Charles L. Howard, Esquire
Patrick M. Fahey, Esquire
Shipman & Goodwin, L.L.P.
One Constitution Plaza
Hartford, CT 06103-2819

                        _____
                        Thomas G. Parisot