UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASTERN AWNING SYSTEMS, INC., and STEPHEN LUKOS, | CIVIL ACTION NO. |
| Plaintiffs, | 3:01cv912 (RNC) |
| v. | |
| HAROLD'S CANVAS AND AWNINGS, INC., TOFF INDUSTRIES, INC. and HAROLD TOFFEY, | |
| Defendants. | JULY 21, 2005 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUBSEQUENT AUTHORITY

The plaintiffs, Eastern Awning Systems, Inc., and Stephen Lukos, hereby respectfully submit this Motion for Leave to File Notice of Subsequent Authority in the above-captioned matter. The purpose of this supplemental pleading is to bring to the attention of the Court the en banc decision of the United States Court of Appeals for the Federal Circuit in the matter of Phillips v. AWH Corp., Nos. 03-1269 & 1286, 2005 U.S. App. LEXIS 13954 (Fed. Cir. July 12, 2005). The Federal Circuit's opinion, a copy of which is attached hereto at Tab A, concerns the claim construction issues currently before this Court by virtue of the Court's August 5, 2004 Order directing the parties to submit simultaneous briefs on the construction of element 6(e) of United States Patent Number 5,273,095 (the "'095 Patent") (see filing # 67) and the Plaintiffs' Memorandum of Law Regarding Claim Construction (filing # 69), defendants' claim construction brief filed November 5, 2004 (filing # 73), Plaintiffs' Memorandum of Law in Response to Defendants' Claims Construction Brief (filing # 77) and

*August 2, 2005. Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*