UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASTERN AWNING SYSTEMS, INC., and STEPHEN LUKOS, | : : : | CIVIL ACTION NO. |
| Plaintiffs, | : : : | 3:01cv912 (RNC) |
| v. | : : | |
| HAROLD'S CANVAS AND AWNINGS, INC., TOFF INDUSTRIES, INC. and HAROLD TOFFEY, | : : : : | |
| Defendants. | : : | APRIL 11, 2006 |

## PLAINTIFFS' MOTION FOR HEARING

The plaintiffs, Eastern Awning Systems, Inc., and Stephen Lukos, hereby respectfully move for a hearing on the claim construction issue in this matter pursuant to Markman v. Westview Instruments, Inc., 52 F.3d 967 (Fed. Cir. 1995) (en banc), aff'd, 517 U.S. 370, 116 S. Ct. 1384 (1996). In support of this motion, the plaintiffs represent the following:

1.  This case was reassigned from Judge Gerard L. Goettel to this Court on May 28, 2004. (See filing # 64).

2.  Following the transfer, in a telephonic status conference with the Court on July 26, 2004, the parties agreed that, following a brief period in which the plaintiffs could complete certain discovery previously ordered by the Court, the parties would file briefs addressed to the Court's construction of element 6(e) of claim 6 of United States Patent Number 5,273,095 (the "'095 Patent").

3.  Subsequently, the parties mutually agreed to and proposed to this Court a scheduling order to govern the remaining progress of this case. (See filing # 66). Among

other things, this proposed schedule contemplated that: (1) discovery would be completed by September 30, 2004 (id. at ¶ 1); (2) simultaneous briefs addressed to the issue of the Court's construction of claim 6(e) of the '095 Patent would be filed by November 1, 2004 (id. at ¶ 2); (3) simultaneous response briefs would be filed by November 22, 2004 (id. at ¶ 3); and (4) once this Court ruled on the claim construction issues, the parties would then propose to the Court a scheduling order to govern the issues remaining in the case (id. at ¶ 6).

4.   On August 5, 2004, this Court accepted the parties' proposed scheduling order and directed the parties to submit simultaneous briefs on the construction of element 6(e) no later than November 1, 2004 (filing # 67).

5.   In accordance with that Order, the plaintiffs submitted their Memorandum of Law Regarding Claims Construction on November 1, 2004 (see filing #69).

6.   Defendants' opening claim construction brief was deemed filed on November 5, 2004 (see filing # 73 and Minute Entry for proceedings held November 12, 2004 (filing # 76)).

7.   The parties thereafter filed rebuttal briefs on or about November 22, 2004.

8.   On or about July 22, 2005, the plaintiffs moved for leave to file a supplemental brief regarding the decision of the United States Court of Appeals for the Federal Circuit in the matter of Phillips v. AWH Corp., 415 F.3d 1303 (Fed. Cir. 2005) (en banc).

9.   The Court granted the plaintiffs' motion by Order dated August 8, 2005.

10.  To date, there has been no ruling on the claim construction issue presented in the parties' briefs.

11. Given the passage of time since the initial briefing of this matter, the plaintiffs believe that the Court and the parties may benefit from a claims construction hearing on the patent language in dispute.

WHEREFORE, the plaintiffs respectfully move for a hearing on claim construction.

PLAINTIFFS,
EASTERN AWNING SYSTEMS, INC., and
STEPHEN LUKOS,

By _____
Charles L. Howard (ct05366)
Patrick M. Fahey (ct13862)
Lee A. Duval (ct23387)
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
E-mail: pfahey@goodwin.com
Their Attorneys

CERTIFICATION OF SERVICE

This is to certify that on this 11th day April, 2006, a copy of the foregoing was mailed, via U.S. mail, postage prepaid, to:

Thomas G. Parisot, Esq.
Secor, Cassidy & McPartland, P.C.
41 Church Street
P.O. Box 2818
Waterbury, CT 06723-2818

Dallett Hoopes, Esq.
Box 205
Litchfield, CT 06759

_____
Patrick M. Fahey

292094 v.01 S50