UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EASTERN AWNING SYSTEMS, INC.,  :
STEPHEN LUKOS,                 :
                               :
     Plaintiffs,               :
                               :
V.                             :    CASE NO. 3:01-CV-912 (RNC)
                               :
HAROLD'S CANVAS AND AWNING,    :
INC., TOFF INDUSTRIES, INC.,   :
HAROLD TOFFEY,                 :
                               :
     Defendants.               :

ORDER

After reviewing the parties' claim construction briefs, and hearing oral argument, the court has tentatively concluded that the term "secured" in claim 6(e) of U.S. Patent No. 5,273,095 should be construed to mean that the adjustment rod is "fixed" against vertical movement relative to the bracket mounting. Under this construction of the claim term, the adjustment rod is "secured" or "fixed" in this manner, not just while the pitch is being adjusted, as plaintiffs contend, but at all times.

Plaintiffs may file a supplemental memorandum (with or without exhibits) showing why the foregoing construction should not be finally adopted. To be timely, the submission should be filed on or before August 7, 2006. Defendants may file a response on or before August 25, 2006. Plaintiffs may file a reply on or before September 4, 2006.

So ordered.

Dated at Hartford, Connecticut this 19th day of July 2006.

                                                Robert N. Chatigny
                                          United States District Judge